**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-6514**

─────────────

WALKER WASHINGTON, JR.,

        Plaintiff - Appellant,

    v.

WARDEN KELLY, Individual Capacity; CAPTAIN CHASE, Individual Capacity; LIEUTENANT ALLEN, (S.E.S.) (S.I.S.), Individual Capacity; LIEUTENANT REYNOLDS; UNIT MANAGER WARE, Individual Capacity; MS. BYRD; LIEUTENANT DARNELL,

        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-ct-03331-BO)

─────────────

Submitted:  October 10, 2024              Decided:  October 16, 2024

─────────────

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Walker Washington, Jr., Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walker Washington, Jr., appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Washington's informal brief does not address or challenge the district court's dispositive determination that Washington's claims present a new *Bivens* context or that certain factors counsel against expanding this remedy to his claims. Because Washington's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *Washington v. Kelly*, No. 5:23-ct-03331-BO (E.D.N.C. May 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2